AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Northern District of California

| | ) | |
|---|---|---|
| Jesus Lopez, Michael Roberts, Jesse Brucklacher, and Rigoberto Cabrera | ) ) ) ) | |
| *Plaintiff(s)* | ) | |
| v. | ) ) | Civil Action No. |
| County of Sonoma, Steve Freitas, Mazan Awad, Michael Merchen, David House, Brian Gallaway Joseph Medeiros, et al., and DOES 1-50, inclusive | ) ) ) ) | |
| *Defendant(s)* | ) | |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*  Joseph Galante
Sonoma County Sheriff's Office
2796 Ventura Avenue
Santa Rosa, CA  95403


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   John Houston Scott
Lizebeth N. de Vries
Scott Law Firm
1388 Sutter Street, Suite 715
San Francisco, CA  94109

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____                    _____
*Signature of Clerk or Deputy Clerk*