

## IZAAK SCHWAIGER
### ATTORNEY AT LAW

August 5, 2016

VIA ELECTRONIC FILING

Magistrate Judge Laurel Beeler
United States District Court
Northern District of California
San Francisco Courthouse, Courtroom C – 15th Floor
450 Golden Gate Ave., San Francisco, CA 94102

Re:   *Lopez, et al. v. County of Sonoma, et al.*
      USDC Northern District of CA Case No. 16-cv-01573-JD

Dear Magistrate Judge Beeler:

Plaintiffs Jesus Lopez, Michael Roberts, Jesse Brucklacher, and Rigoberto Cabrera hereby respectfully request that plaintiffs Roberts and Brucklacher be excused from attending the August 16, 2016 settlement conference in this matter, as both remain incarcerated at the California Department of Corrections.

Counsel for plaintiffs have settlement authority from Messrs. Roberts and Brucklacher, and authority to engage meaningfully in settlement discussions on their behalf and in their absence.

The remaining plaintiffs in this matter will attend the August 16 settlement conference, as will both plaintiffs in the related case of *Martinez, et al. v. County of Sonoma, et al.*, USDC Northern District of CA Case No. 15-cv-04574-JD. Plaintiffs' and defense counsel has met and conferred regarding this request, and the defense does not oppose the non-attendance of these parties.

Very respectfully,

IZAAK D. SCHWAIGER

cc:   Richard W. Osman
      John H. Scott
      Lizabeth N. DeVries

**08/09/16 APPROVED — Judge Laurel Beeler**

Approved but the court requests that the plaintiffs' counsel see whether they can be available by telephone. Parties have arranged this in similar cases.

527 MENDOCINO AVENUE, SUITE B, SANTA ROSA, CALIFORNIA 95401    (707) 595-4414    WWW.IZAAKSCHWAIGER.COM